## FRANKLIN COUNTYCCOURT OF COMMON PLEAS
## CIVIL DIVISION

Case No. _____ CVI _____

Exhibit

A

| | |
|---|---|
| John Edwards<br>8230 Narrow Leaf Drive<br>Blacklick Ohio 43004<br>614-741-7576<br>jbe33@yahoo.com | Ohio Dominican University<br>1216 Sunbury Rd.<br>Columbus, Ohio 43219<br>614-251-4500 ohiodominican.edu |

Plaintiff(s)    v.                                                         Defendant(s)

(1) Has this dispute been to mediation?    **No**
(2) Is the Defendant currently in the United States Military Service?    **No**
(3) Do you want to waive notice of failed service if certified mail is selected?    **Yes**
(4) What type of service do you want to select?    **Certified Mail**

## COMPLAINT

After a long and successful career as a full time non-tenured faculty instructor, in Feb. 2022, Ohio Dominican University failed to renew my contract as of 06/30/22 utilizing their employment -at-will rights. However I fear that I may have been a victim of illegal discrimination under ADEA (Age Discrimination in Employment Act of 1967) and/or ADA (Americans with Disabilities Act) as the real unstated reasons for my termination of full time employment as faculty instructor on 06/30/22.

Efforts to negotiate an ongoing reasonable accommodation for my disability were discussed but rejected.

I am seeking damages in excess of $25,000 as related to this legal matter subject to the Court finding legal merit based on evidence discovered from University employment and related files.

Despite best efforts, I have been only partially able to mitigate loss of full time employment with benefits by obtaining part-time online adjunct teaching with no benefits at other university.

## COMPLAINANTS OATH

Complainant states the following:

**"I declare under penalty of law that this Complaint is true and correct to the best of my knowledge."**
**I am both plaintiff and attorney (#0072116) on this case, and am filing this lawsuit as an individual.**

John Edwards                                                05-31-23

John Edwards                                                Date